IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-00303-WYD-MEH

JOSE HERRERA, HECTOR MARQUEZ;
ALFREDO SALDIVAR; and
ERIK FERNANDEZ,

      Plaintiffs,

v.

CAIN PAINTING AND DECORATING, LLC; and
LARRY E. CAIN,

      Defendants.

---

### ORDER STAYING CASE

---

THIS MATTER is before the Court in connection with the Notice of Filing and

Conversion to Chapter 7 Bankruptcy for Larry E. Cain filed on June 17, 2013.  In the

Notice, Defendant Larry E. Cain advises the Court that he filed Chapter 13 bankruptcy

case number 12-18278-ABC in the United States Bankruptcy Court for the District of

Colorado on April 24, 2013, which was ultimately converted to Chapter 7 on June 6,

2013.  The Notice also advises that Mr. Cain's ownership interest in Cain Painting and

Decorating, LLC is an asset of the bankruptcy estate until otherwise determined by the

Chapter 7 Trustee or the Bankruptcy Court.

Pursuant to Title 11 of the United States Code, 11 U.S.C. § 101 *et. seq.*, and in

accordance with 11 U.S.C. § 362, the automatic stay provision, it is

ORDERED that all proceedings in the above-captioned matter are **STAYED**

against Defendants until the bankruptcy proceedings have been resolved.

Dated:  July 15, 2013.

BY THE COURT:


s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE