IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-00303-WYD-MEH

JOSE HERRERA, HECTOR MARQUEZ;
ALFREDO SALDIVAR; and
ERIK FERNANDEZ,

    Plaintiffs,

v.

CAIN PAINTING AND DECORATING, LLC; and
LARRY E. CAIN,

    Defendants.

---

## ORDER OF DISMISSAL

---

This matter is before the Court in connection with an Order to Show Cause issued on April 8, 2014.  The Order to Show Cause noted that dismissal of the case appeared appropriate based on a Discharge of Debtor issued in the bankruptcy proceedings of Defendant Larry Cain.  The parties were ordered to show cause by Friday, April 18, 2014, as to why the case should not be dismissed.  The Order to Show Cause advised the parties that if no filing was made by that date, the case would be dismissed without further notice to either party.

No response to the Order to Show Cause has been received by either party to date.  Accordingly, I find that dismissal is appropriate.  It is therefore

ORDERED that this case is **DISMISSED.**

Dated: April 23, 2014.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE